UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LARRY McGEE,

    Plaintiff,      Case No. 2:10-cv-227

v.            Honorable Gordon J. Quist

UNKNOWN PARTIES,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated: November 24, 2010    /s/ Gordon J. Quist
                Gordon J. Quist
                United States District Judge